**MANDATE**

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of January, two thousand twenty-five,

_____

Walter Ware,

      Plaintiff - Appellant,

   v.

Cynthia Brann, N.Y.C. DOC Commissioner, Patsy Yang, Vice President Corrections Health + Hospital, Margaret Egan, Board of Correction Executive Director,

      Defendants-Appellees.

_____

**ORDER**
Docket No. 24-2747

A notice of appeal was filed on October 11, 2024. Appellant was notified of the requirement that a Prisoner Authorization Form must be filed with the Court, properly signed and without alteration within 45 days of the date of the notice pursuant to 28 USC § 1915(b). The Prisoner Authorization Form was due to be filed December 26, 2024.

Appellant is in default of filing the prisoner authorization form.

IT IS HEREBY ORDERED that this appeal will be dismissed effective January 28, 2025 if the Prisoner Authorization Form is not filed with the Court by that date. Any motions pending prior to the date of dismissal will be deemed moot.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/25/2025**